UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FETCHLIGHT, INC.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>EZE RYDERS; EBIKE WAREHOUSE, LLC; ELECTRIC CRUISE COMPANY; FAIR OAKS COASTAL CRUISERS, LLC; DEVIN RAYMOND,<br><br>　　　　　　　　　　　　Defendants. | Case No.:　25CV1347 BJC (BLM)<br><br>**ORDER GRANTING EX PARTE MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 18]** |

　　　　On August 11, 2025, the Court issued a Notice and Order for Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC"). ECF No. 15. The Court scheduled the conferences for September 15, 2025. Id.

　　　　On August 13, 2025, Defendants filed an ex parte Motion for Order Resetting Early Neutral Evaluation Conference and Case Management Conference. ECF No. 18. Defendant seeks to continue the ENE and CMC due to defense counsel's preplanned trip out of country from September 3, 2025 to September 20, 2025. Id. at 2. In defense counsel's declaration, Ms. Ferguson declares that she has conferred with Plaintiff's counsel and Plaintiff "does not object to changing the date" of the ENE and CMC. Decl. of Lisel Ferguson in Supp. of Ex Parte Mtn.,

1

ECF No. 18-1, at ¶ 5.

Good cause appearing, the Defendants' motion is **GRANTED** as follows:

1. The September 15, 2025 Early Neutral Evaluation Conference is hereby **CONTINUED** to **October 6, 2025** at **1:30 p.m.**

2. Each participant should plan to join the Zoom video conference at least five minutes before the start of the ENE to ensure that the ENE begins promptly at **1:30 p.m**. **The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time**.

3. No later than **September 26, 2025**, counsel for each party must send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the following:

   i. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

   ii. An **e-mail address for each participant** to receive the Zoom video conference invitation; and

   iii. A **telephone number where each participant may be reached** so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference. (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

All participants must display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

4. On or before **September 26, 2025**, the parties must submit via fax or email (**efile_major@casd.uscourts.gov**), confidential statements no more than ten (10) pages[1] in length directly to the chambers of the Honorable Barbara L. Major

5. In the event the case does not settle during the ENE, the Court will conduct an Initial Case Management Conference. In preparation for this conference, the parties must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **September 15, 2025**, file a Joint Discovery Plan on the CM/ECF system no later than **September 26, 2025**, and exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **September 29, 2025**.

6. All other guidelines and requirements remain as previously set. See ECF No. 15.

**IT IS SO ORDERED**.

Dated: 8/14/2025

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] The parties must not append attachments or exhibits to the ENE statement.